*Messrs. R. J. Hagman* and *J. P. Plunkett* for petitioner. *Mr. George E. Hurd* for respondent.

No. 63. DICKSON ET AL *v.* UHLMANN GRAIN Co. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. S. J. Jones* for petitioners. *Messrs. Paul R. Stinson, Arthur Mag,* and *Roy B. Thompson* for respondent.

No. 82. COOK *v.* UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Edmund M. Toland* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour* and *A. W. Henderson* for the United States.

No. 90. BAINBRIDGE *v.* MERCHANTS & MINERS TRANSPORTATION Co. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Pennsylvania granted. *Mr. Thomas D. McBride* for petitioner. *Mr. Howard H. Yocum* for respondent.

No. 110. COSTANZO *v.* TILLINGHAST, U. S. COMMISSIONER. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. William H. Lewis* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Harry S. Ridgely,* and *Albert E. Reitzel* for respondent.